# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Kevin DeShawn Hinkle

_____

(Full name of the Plaintiff(s) in this action)

v.

Alex W. Thomas

ZHIIRKANE James

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23CV-69-DJH
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I.  PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Kevin DeShawn Hinkle

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South 6th Street Louisville, Ky 40202

Status of Plaintiff: CONVICTED ( ✓ )  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Alex W. Thomas_ is employed as _Correctional officer_ at _LMDC_.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant _Thirkane James_ is employed as _Correctional officer_ at _LMDC_.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

    (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (___)

    (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

    Parties to the previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    Court (if federal court, name the district. If state court, name the county):

    _____

    Docket number: _____

    Name of judge to whom the case was assigned: _____

    Type of case (for example, habeas corpus or civil rights action):_____

    Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

    Approximate date of filing lawsuit: _____

    Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On October 24, 2021 a Sgt. placed me in the multipurpose room. I fell asleep and was awaken by two officers Thomas and James screaming and using profanity demanding saying, "get ya ass up and get the fuck out of the restricted area." I immediately got up put my shoes on started picking up my stuff. I asked the two officers could they please stop cursing at me calling me out of my name. They then surrounded me and got me to cuff up, but only put one cuff on, officer Thomas the stated, pick up your stuff. I asked him did he want me to cuff up or pick up my stuff. He then simataneously bent my hand and said pick it up, causing me to lean forward from the pain. He said I pulled away from him. I did not intentionally do it, he caused me to do it so he could kick me. He almost killed me. I could not move after landing on my neck.

4

## III. STATEMENT OF CLAIM(S) continued

I woke up in central hold handcuffed. Unreasonable seizure, which includes the right to be free from unreasonable force by law enforcement officer.

These officers, including others, have been circulating video footage of this incident throughout the duration of my detention. The video has been posted to LMDC Youtube and other social websites related to their account. Defamation of Character

DVR footage, Medical records

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _150,000.00_

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _200,000.00_

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _7_ day of _November_, 20_22_.

_[signature]_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

Kevin Hinkle #431738
L.M.D.C.
400 South 6th St.
Louisville, Ky 40202

Gene Snyder
United States Courthouse
601 W. Broadway, Rm 106
Louisville, Ky 40202

JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible

FILED
JAMES J. VILT, JR. - CLERK
FEB 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY