# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:23CV-P69-JHM

**KEVIN DESHAWN HINKLE**                                                                                 **PLAINTIFF**

v.

**ALEX W. THOMAS** *et al.*                                                                           **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 1, 2023

*Joseph H. McKinley Jr.*, Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4414.010